# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JIM KEYES,<br>*Plaintiff*<br>v.<br>RICHARD LELAND, SHERRI HANSEN, CHRISTINA WENTZ, SPOKANE COUNTY DISTRICT COURT, AND SPOKANE COUNTY,<br>*Defendant* | Civil Action No. 2:16-CV-0048-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendants' Motion to Dismiss (ECF No. 3) is GRANTED.

  Plaintiff's Complaint (ECF No. 1) is DIMISSED WITH PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Chief Judge THOMAS O. RICE _____ on a motion to dismiss (ECF No. 3)

Date: August 3, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen